**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

IN RE:                                                                  Case No. **08-21808**

**Avila-Sosa, Dennis Juan Blas & Avila, Reyna**                         Chapter **13**
                    Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ___ No ✓

Indicate below which schedule(s) is(are) being amended.

A ___ B ___ C ___ D ___ E ___ F ✓ G ___ H ___ I ___ J ___

Statement of Affairs ___ Statement of Intentions ___ Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: **November 17, 2008**

Signature: _____
                                          *Debtor*

Signature: _____
                              *(Joint Debtor, if any)*

IN RE **Avila-Sosa, Dennis Juan Blas & Avila, Reyna** _____
Debtor(s)

Case No. **08-21808** _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **21176900740945** <br> Beneficial/hfc <br> Po Box 1547 <br> Chesapeake, VA 23327 | | | Installment account opened 2/06 | | | | 4,101.00 |
| ACCOUNT NO. **190000by055674900** <br> County Of Los Angeles <br> 5770 S Eastern Ave <br> Cty Of Cmmrce, CA 90040 | | | Open account opened 12/01 | | | | 230.00 |
| ACCOUNT NO. **5ZWE353** <br> DMV Renewal <br> P.O. Box 942897 <br> Sacramento, CA 94297-0897 | | C | Balance due for Infiniti (which Debtor will surrender) | | | | 546.00 |
| ACCOUNT NO. **603462021858** <br> Gemb/project Line <br> Po Box 981439 <br> El Paso, TX 79998 | | | Revolving account opened 11/05 | | | | 3,559.00 |

**1** continuation sheets attached

Subtotal (Total of this page) $ **8,436.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Avila-Sosa, Dennis Juan Blas & Avila, Reyna** Case No. **08-21808**
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 210198050470<br>Hsbc/rs<br>90 Christiana Rd<br>New Castle, DE 19720 | | | Revolving account opened 1/08 | | | | 6,235.00 |
| ACCOUNT NO. 1015246<br>Meridian Financial Services<br>PO Box 1410<br>Asheville, NC 28802 | | C | Notice only<br>(Collection Agent for Welk Resorts Group) | | | | 0.00 |
| ACCOUNT NO. 00000029009349692<br>Nissan-infiniti Lt<br>P.o. Box 660360<br>Dallas, TX 75266 | | | Installment account opened 5/07 (lease of 2007 Infiniti)<br>(Vehicle is used and paid for by Debtor's sister. Item listed for Notice Only.) | | | | 0.00 |
| ACCOUNT NO. 549113008923<br>Unvl/citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | | Revolving account opened 1/96 | | | | 22,192.00 |
| ACCOUNT NO. 1015246<br>Welk Resort Group<br>8860 Lawrence Welk Drive<br>Escondido, CA 92026 | | C | Monie owed | | | | 1,270.51 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　　　　(Total of this page)　$　**29,697.51**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)　$　**38,133.51**

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**PROOF OF SERVICE BY MAIL**

**U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

I declare that I am over 18 years and that I am employed in the Law Offices of Devin Sawdayi.

That on November 18, 2008, I served a copy of the following item:

**AMENDED SCHEDULES OR DOCUMENTS**

To the interested parties in this action by regular first class mail at the following address:

**Chapter 13 Trustee**
Nancy Curry
606 S. Olive Street, # 950
Los Angeles, CA 90014

**Creditors**
Meridian Financial Services
P.O. Box 1410
Asheville, NC 28802

Welk Resort Group
8860 Lawrence Welk Drive
Escondido, CA 92026

I declare under penalty of perjury that the foregoing is true, complete, and accurate.

Executed at Los Angeles, California November 18, 2008.

Law Office of Devin Sawdayi
By: Yuzumi Isaki