1  Devin Sawdayi, Esq. (SBN 188847)
   Law office of Devin Sawdayi
2  9107 Wilshire Boulevard, # 225
   Beverly Hills, CA 90210
3  Telephone:    (310) 475-9399

4
   Attorney for Debtor(s)
5

6
                    **UNITED STATES BANKRUPTCY COURT**
7
                      **CENTRAL DISTRICT OF CALIFORNIA**
8

9
                                            )
10                                          ) BK # 2:08-bk-27808-VK
   Dennis Juan Blas Avila-Sosa              )
11                                          ) **DECLARATION OF DEVIN SAWDAYI**
   Reyna Avila                              ) **RE: NON-OPPOSITION TO**
12                                          ) **APPLICATIN FOR SUPPLEMENTAL**
                                            ) **FEES**
13                                          )
             Chapter 13 Debtors(s)          ) (NO HEARING REQUIRED)
14                                          )
                                            )
15

16
                                       Respectfully Submitted,
17

18  Dated: 8/18/10
19

20

21                                     _____
                                       Law Office of Devin Sawdayi
22                                     By: Devin Sawdayi

23

24

25

26

27

28

### DECLARATION OF DEVIN SAWDAYI

1. I am an individual currently residing in the County of Los Angeles, State of California, and am over 18 years of age. I have personal knowledge of each fact contained in this declaration and could and would testify competently thereto under oath if called upon to do so.

2. I am the attorney of record for Chapter 13 Debtor, Dennis Juan Blas Avila-Sosa and Reyna Avila, Case #: LA08-27808-VK.

3. More than twenty (20) days have past since the filing of Application for Supplemental Fees was served on 7/28/10.

4. To date, I have not received any opposition to said Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Devin Sawdayi

8/18/10
Date

| In re: | CHAPTER 13 |
|---|---|
| Dennis Juan Blas Avila-Sosa and Reyna Avila | |
| Debtor(s). | CASE NUMBER 2:08-bk-27808-VK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9107 Wilshire Blvd., Suite 225, Beverly Hills, CA 90210

A true and correct copy of the foregoing document described DECLARATION OF DEVIN SAWDAYI RE: NON-OPPOSITION TO APPLICATION FOR SUPPLEMENTAL FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/18/10 I will serve the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Roybal Federal Building
Judge: V. Kaufman: 255 E. Temple Street., Suite 1682, Los Angeles, CA 90012-3332

Chapter 13 Trustee
Nancy Curry: 606 S. Olive Street., #950, Los Angeles, CA 90014

Debtor
Mr. Dennis Juan Blas Avilla-Sosa
Mrs. Reyna Avila
732 E. Parkway Ave., Inglewood, CA 90302

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/18/10 | Yuzumi Isaki | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    **F 9013-3.1**