Nancy Curry
Chapter 13 Standing Trustee
606 Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014  FAX (213) 689-3055, trustee13la@aol.com

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | |
|---|---|
| In re<br><br>AVILA - SOSA, DENNIS JUAN BLAS<br>AVILA, REYNA<br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:08-bk-21808-ER<br><br>NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE BY STANDING TRUSTEE BECAUSE OF DELINQUENT PLAN PAYMENTS PURSUANT TO 11 USC §1307 (c)<br><br>DATE/TIME: June 9, 2011 1:30 pm<br>Courtroom 1568<br>255 East Temple Street<br>Los Angeles, CA 90012 |

      **PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court for an order dismissing the debtor's case. This motion is based on the attached declaration.

**Pursuant to Local Bankruptcy Rule 9013-1(a) (7) and (11), any party in interest wishing to oppose this motion must file and serve opposition papers no later than fourteen (14) days prior to the hearing date. Failure to file a written opposition may be deemed by the Court as a waiver of any objection thereto and as consent to the relief requested.**

DATED:  March 4, 2011                                                                                         /s/ Nancy Curry


      I, Nancy Curry, do hereby declare and state as follows:

1. I am the Chapter 13 Trustee for Case No. LA2:08-bk-21808-ER, AVILA - SOSA, DENNIS JUAN BLAS AVILA, REYNA, debtor.

2. I am employed by the Chapter 13 Trustee. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would competently so testify.

3. The plan was confirmed **December 17, 2008** and as of today $24,801 should have been received.

4. Instead merely $21,577 has been received, for a delinquency of $3,224.


I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on March 4, 2011.

                                                                                           /s/ Nancy Curry

PROOF OF SERVICE OF DOCUMENT

In Re:   AVILA - SOSA, DENNIS JUAN BLAS  AVILA, REYNA
         Case No. LA 2:08-bk-21808-ER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

       NANCY CURRY, CHAPTER 13 TRUSTEE
       606 S. OLIVE STREET, SUITE 950
       LOS ANGELES, CA  90014

The foregoing document described as **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE BY STANDING TRUSTEE BECAUSE OF DELINQUENT PLAN PAYMENTS PURSUANT TO 11 USC §1307 (c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On March 4, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On March 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtor** | **Attorney for Debtor** |
|---|---|
| AVILA - SOSA, DENNIS JUAN BLAS<br>AVILA, REYNA<br>732 E. PARKWAY AVE.<br>INGLEWOOD, CA 90302 | DEVIN SAWDAYI<br>LAW OFFICES OF DEVIN SAWDAYI<br>9107 WILSHIRE BLVD., SUITE 225<br>BEVERLY HILLS, CA 90210- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on March 4, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 4, 2011 | Heather Pedroza | /s/ Heather Pedroza |
|---|---|---|
| Date | Type Name | Signature |

| **Debtor** | **Attorney for Debtor** |
|---|---|
| AVILA - SOSA, DENNIS JUAN BLAS<br>AVILA, REYNA<br>732 E. PARKWAY AVE.<br>INGLEWOOD, CA 90302 | DEVIN SAWDAYI<br>LAW OFFICES OF DEVIN SAWDAYI<br>9107 WILSHIRE BLVD., SUITE 225<br>BEVERLY HILLS, CA 90210- |